246 U. S.  Cases Disposed of Without Consideration by the Court.

Court of the State of Iowa.  March 22, 1918.  Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. James P. Flick* for plaintiffs in error.  No appearance for defendant in error.

---

No. 262.  CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* ST. PAUL ASSOCIATION OF COMMERCE ET AL.  In error to the Supreme Court of the State of Minnesota.  March 28, 1918.  Dismissed with costs, on motion of counsel for the plaintiffs in error.  *Mr. Asa G. Briggs, Mr. E. C. Lindley, Mr. W. H. Bremner, Mr. James B. Sheean, Mr. McNeil V. Seymour, Mr. Edward M. Hyzer, Mr. Carl C. Wright, Mr. Charles W. Bunn, Mr. Charles Donnelly, Mr. F. W. Root* and *Mr. Alfred H. Bright* for plaintiffs in error.  *Mr. Thomas D. O'Brien* for defendants in error.

---

No. 287.  PEDRO GUTIERREZ, PLAINTIFF IN ERROR, *v.* WALTER B. GRANT, SOLE SURVIVING EXECUTOR OF THE WILL AND ESTATE OF FRANK B. COTTON, DECEASED.  In error to the District Court of the United States for the Western District of Texas.  April 1, 1918.  Dismissed, per stipulation.  *Mr. A. Seymour Thurmond* for plaintiff in error.  *Mr. T. J. Beall* and *Mr. Walter B. Grant* for defendant in error.

---

No. ——.  Original.  *Ex parte:* IN THE MATTER OF THE UNITED STATES, PETITIONER.  Motion for leave to file information for contempt submitted January 14, 1918.  Discontinued April 15, 1918, on motion of *The Solicitor General* for the United States.